# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | **CRIMINAL NO.  07-00200-CG** |
| **v.** * | |
| * | |
| **MICHAEL LEVAR HOPKINS** * | |

## SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that pursuant to Title 21 U.S.C. §853(n)(1) and Federal Rule of Civil Procedure Rule G(4)(a)(iv)(C) in lieu of newspaper publication, the government may publish notice "by posting notice on an official internet government forfeiture site for at least 30 consecutive days."

All other provisions of the previously entered Preliminary Order of Forfeiture (Doc.42) shall remain in effect.

DATED this 11th day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE