IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CRIMINAL NO.   07-00200-CG B |
| v. | * |
| | * |
| MICHAEL LEVAR HOPKINS | * |

### FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on October 22, 2007, a plea agreement was entered into by Defendant, **MICHAEL LEVAR HOPKINS**, and the United States of America, which plea agreement provided, inter alia, that the Defendant, **MICHAEL LEVAR HOPKINS**, would enter a plea of guilty to Count Two of the Indictment in this case, charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1).  The defendant agreed in the plea agreement to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Four of the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853.  Pursuant to that plea agreement the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the Plea Agreement, Defendant, **MICHAEL LEVAR HOPKINS**, agreed to and confessed to forfeit the following property:

**(1)  Four Thousand seven hundred thirty-seven dollars ($4,737.00)  in United States currency seized from the defendant's residence on May 22, 2007;**

**(2)  Four Thousand dollars ($4,000.00) in United States Currency contained in safety deposit box #320 at Marion Bank & Trust Companies, Marion, Alabama;**

**(3)  A 1997 Black Chevrolet Silverado Z 71, VIN #2GCEK19R9V1116249;**

**(4) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:**

> **Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PLS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; thence N 61°-16'-58" E along South right of way line of County Road 24 for 110.00' to a set ½" capped rebar and being the Point of Beginning of herein described property, thence continue along South right of way line N 61°-16"-58" E for 110.00' to a set ½" capped rebar, thence S 28°-58'-45" E for 396.60 to a set ½" capped rebar; thence S 61 deg.-19'-58"W for 110.00' to a set ½ rebar, thence N 28 deg.-58'-45" W for 396.50' back to the Point of Beginning.  Said parcel of land contains 1.0 acres, more or less, located in section 10, township 19N, Range 7E, Perry County, Alabama;**

**(5) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:**

> **A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a pound ½" rebar on the South Right of way of AL, Highway 14 (50' from centerline) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794), thence 80' along said right of way line to a set ½" rebar; and being the point of beginning; thence continue along said right of way line 100.00' to a set ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° angle right for a distance of 100.00' to a set ½" rebar, thence turn a 90° angle right for a distance of 178.00' to the point of beginning.  Said parcel of land contains 0.4 acres more or less;**

**(6) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:**

> **A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a found ½" rebar on the South Right of way of AL, Highway 14 (50' from center line) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794) and being the point of beginning, thence along said right of way line a distance of 80.00' to a set of ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° right for a distance of 71.17'**

**to a set ½" rebar; thence turn an interior angle of 122° 03'-24" for a distance of 98.89' to a found ½" rebar, thence turn an interior angle of 123° 24'-26" for a distance of 103.81' to the point of beginning. Said parcel of land contains 0.4 acres more or less;**

**(7) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:**

**Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; Thence N 61°- 16'-58" E along South right of way line of County Road 24 for 330.00' to a found ½ capped rebar and being the Point of Beginning of herein described property; thence continue along South right of way line N 61°-16'-58" E for 421.99' to a found ½" rebar; thence S 4°-10'-03" W for 489.46' to a found ½" Rebar; thence S 66°-37'-23" W for 155.10' to a found ½" rebar; thence N 28°-58'-45" for 396.60' back to the Point of Beginning. Said parcel of land contains 2.7 acres more or less, located in Section 10, Township 19 North, Range 4 East, Perry County, Alabama.**

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting March 13, 2009, on www.forfeiture.gov,  A Proof of Publication was filed on April 13, 2009 (Doc. 66), specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1)  Four Thousand seven hundred thirty-seven dollars ($4,737.00)  in United States currency seized from the defendant's residence on May 22, 2007;**

**(2)  Four Thousand dollars ($4,000.00) in United States Currency contained in safety**

deposit box #320 at Marion Bank & Trust Companies, Marion, Alabama;

(3)  A 1997 Black Chevrolet Silverado Z 71, VIN #2GCEK19R9V1116249;

(4) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PLS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; thence N 61°-16'-58" E along South right of way line of County Road 24 for 110.00' to a set ½" capped rebar and being the Point of Beginning of herein described property, thence continue along South right of way line N 61°-16"-58" E for 110.00' to a set ½" capped rebar, thence S 28°-58'-45" E for 396.60 to a set ½" capped rebar; thence S 61 deg.-19'-58"W for 110.00' to a set ½ rebar, thence N 28 deg.-58'-45" W for 396.50' back to the Point of Beginning.  Said parcel of land contains 1.0 acres, more or less, located in section 10, township 19N, Range 7E, Perry County, Alabama;

(5) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a pound ½" rebar on the South Right of way of AL, Highway 14 (50' from centerline) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794), thence 80' along said right of way line to a set ½" rebar; and being the point of beginning; thence continue along said right of way line 100.00' to a set ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° angle right for a distance of 100.00' to a set ½" rebar, thence turn a 90° angle right for a distance of 178.00' to the point of beginning.  Said parcel of land contains 0.4 acres more or less;

(6) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

>  A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a found ½" rebar on the South Right of way of AL, Highway 14 (50' from center line) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794) and being the point of beginning, thence along said right of way line a distance of 80.00' to a set of ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° right for a distance of 71.17' to a set ½" rebar; thence turn an interior angle of 122° 03'-24" for a distance of

**98.89' to a found ½" rebar, thence turn an interior angle of 123° 24'-26" for a distance of 103.81' to the point of beginning. Said parcel of land contains 0.4 acres more or less;**

**(7) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:**

**Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; Thence N 61°- 16'-58" E along South right of way line of County Road 24 for 330.00' to a found ½ capped rebar and being the Point of Beginning of herein described property; thence continue along South right of way line N 61°-16'-58" E for 421.99' to a found ½" rebar; thence S 4°-10'-03" W for 489.46' to a found ½" Rebar; thence S 66°-37'-23" W for 155.10' to a found ½" rebar; thence N 28°-58'-45" for 396.60' back to the Point of Beginning. Said parcel of land contains 2.7 acres more or less, located in Section 10, Township 19 North, Range 4 East, Perry County, Alabama.**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward seventeen (17) certified copies of this Order to Assistant United States Attorney George F. May.

DONE and ORDERED this 3rd day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE