| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 07-200-CG-B |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MICHAEL LEVAR HOPKINS<br><s>$4,000.00, in U.S. Currency (safe dep. box 320)</s> | Final Judgment of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
    $4,000.00 in United States Currency

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** C/O USMS        CATS ID: 07-DEA-495350

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eugene A. Seidel
Acting U.S. Attorney
63 S. Royal Street, Ste. 600
Mobile, AL  36602

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Four thousand dollars ($4,000.00) in United States Currency contained in safety deposit box #320 at Marion Bank and Trust Companies, Marion, AL, is forfeited to the United States of America for disposition according to law.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
George F. May, AUSA        TELEPHONE NUMBER: 251-441-5845     DATE: 6/8/2009

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 03 | No. 03 | [signature] | 6/9/09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/10/09    Time: 4:02 pm

Signature of U.S. Marshal or Deputy: B.S. Matchett

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | | | 55.00 | | 55.00 | |

REMARKS: trsf into 5042 AFF Per Forfeited Assets Pending Disposal Detail Report 11-10-08.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|