# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 07-200-CG-B |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Michael Levar Hopkins | Final Judgment of Forfeiture |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Perry County Probate Office/ Perry County Courthouse

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 300 Washington Street, Marion, AL 36756

CATS ID: 07-DEA-495498

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Eugene A. Seidel
Acting U.S. Attorney
63 S. Royal Street Ste. 600
Mobile, AL 36602

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Real Property further described in Paragraph 7 of the Final Judgment of Forfeiture attached (Doc. 68), is forfeited to the United States of America for disposition according to law.
Phone: (334) 683-2210

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
George F. May, AUSA
TELEPHONE NUMBER: 251-441-5845
DATE: 6/8/2009

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 01
District of Origin No. 03
District to Serve No. 03
Date: 6/9/09

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/27/09
Time: 10:40 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $220.00 | | | $220.00 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

```
ELDORA B. ANDERSON
JUDGE OF PROBATE
PERRY
------------------------------------------
UNITED STATES MARSHALL SERVICE


------------------------------------------
Instrument Number      1770
Clerk           SMUNDEN
MISCELLANEOUS
Miscellaneous
Book Number              1
Page Number            483
Date Filed      07/27/2009
Time Filed     10:51:40 AM
Number of Pages          5

Pages                15.00
Clocking              1.00
Special Fee 1        10.00
Total                26.00
Check 1              26.00
(CK8103-00071666)
Total                26.00
```

07-DEA-495498