# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 07-200-CG-B |
| **DEFENDANT** Michael Levar Hopkins | **TYPE OF PROCESS** Final Judgment of Forfeiture |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: 1997 black Chevrolet Silverado Z71, VIN # 2GCEK19R9V1116249
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): C/O USMS
- CATS ID: 07-DEA-495388

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Eugene A. Seidel
Acting U.S. Attorney
63 S. Royal Street, Suite 600
Mobile, AL 36602

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

One 1997 Black Chevrolet Silverado Z71, VIN # 2GCEK19R9V1116249, is forfeited to the United States of America for disposition according to law.

Signature of Attorney or other Originator requesting service on behalf of: **☒ PLAINTIFF ☐ DEFENDANT**
George F. May, AUSA
TELEPHONE NUMBER: 251-441-5845
DATE: 6/8/2009

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 03 | No. 03 | | 6/9/09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served** (if not shown above)

**Address** (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/22/09
Time: 3:00 pm
Signature of U.S. Marshal or Deputy: B.S. Matchett

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 55.00 | | | 55.00 | | 55.00 | |

**REMARKS:**

**PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)**

# The United States Government
## Certificate to Obtain Title to a Vehicle
(Must Be Machine Prepared. See Instructions on reverse.) ☐ Duplicate If Checked

The undersigned **Department** or **Agency** of the **United States Government** certifies that the vehicle described herein, the property of the **United States Government**, has been transferred this 22nd day of December 2009, to the Transferee designated herein; and that this is the first transfer of such vehicle in ordinary trade and commerce subsequent to acquisition thereof by the **United States Government**.

| Vehicle Identification No. | Certificate No. |
|---|---|
| 2GCEK19R9V1116249 | |

| Year | Make of Vehicle | Series or Model | Body Style |
|---|---|---|---|
| 1997 | Chevrolet | C1500 | Pickup |

| Fuel | No. of Cylinders | Weight (Shipping) | GVWR | Purchase Price |
|---|---|---|---|---|
| | V-8 | | | $1,040.00 |

**Transferor** (Accountable office, i.e., department or agency, subunit and address, ZIP Code)

Department of Justice
United States Marshals Service
Southern District of Alabama
113 St. Joseph Street, Room 413
Mobile, AL 36602

**Transferee** (Name of dealer, individual, etc. and address including ZIP Code)

4th Judicial Task Force
and Dallas County Commissioner
102 Church Street
Selma, AL 36701

### Odometer Disclosure Statement

Date of Statement: December 22, 2009

Federal Law (and State law, if applicable) requires that you state the mileage upon transfer of ownership; failure to complete or providing a false statement may result in fines and/or imprisonment.

I, __Brenda S. Mitchell__ state that (Transferor's Name (Seller))

the odometer now reads __146,237__ miles and to the (Odometer Reading (No Tenths))

best of my knowledge that it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is not the actual mileage: **WARNING - ODOMETER DISCREPANCY.**

| Transferor's Signature (Seller) | Printed Name (Not Typed) and Title | Date |
|---|---|---|
| x /s/ Brenda S. Mitchett | Brenda S. Mitchett, Property Mgmt Specialist | 12/22/09 |
| Transferee's Signature (Buyer) | Printed Name (Not Typed) and Title | Date |
| x | | |

C346895

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STANDARD FORM 97 (Rev. 9-99)
Prescribed by GSA FPMR (41 CFR) 101-45.303-3
Previous Edition Not Useable NSN 7540-00-634-4047
97-109



DATE: 09/26/2009

## EQUITABLE SHARING MEMORANDUM
### CASH & SALE PROCEEDS
DISTRICT: Southern District of Alabama

| | |
|---|---|
| **Investigative Agency Case Number** | : GQ-07-0007 |
| **Court Case Number** | : 07-00200-CG |
| **Vehicle ID Number** | : 2GCEK19R9V1116249 |
| **Asset Identification** | : 07-DEA-495388 |
| **Property Description** | : 1997 Chevrolet C1500 Silverado Z71 |
| **Agency to Receive Property** | : 4th Judicial Cir. Drug Task Force |
| **Agency NCIC/ORI Code** | : ALEQ00220 |
| **Compliance Expiration Date** | : 11/30/2010 |
| **Other Agency Case Number** | : |
| **DAG-72 Decision Date** | : 06/17/2009 **Entry Date:** 06/17/2009   **By:** BBC |

---

### COSTS TO BE REIMBURSED BY RECIPIENT AGENCY

USMS Expenses ................................. $0.00
USMS Lien Expenses ............................ $0.00
AFMLS/USA Expenses ............................ $0.00
Investigative Agency Expenses ................. $0.00
Federal Share ................................. $1,040.00
Outstanding Liens:
(must be satisfied prior to releasing the property) ....... $0.00

**TOTAL COSTS** ..................................... **$1,040.00**

---

Certifying Officer - District        Date

Property Delivered To: _[signature]_

Property Delivered By: _Brenda S Matchett_

Date of Delivery: 12/22/09



900098852

84-305
611

REMITTER: DRUG TASK FORCE

DATE: DECEMBER 21, 2009

PAY TO THE ORDER OF: UNITED STATES MARSHALS SERVICE

$ 1,040.00

**OFFICIAL CHECK**

THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED BEFORE ANY CASHIER'S CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED, OR STOLEN.

ISSUED BY: MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476 MINNEAPOLIS MN 55480
DRAWEE: WACHOVIA BANK NA, BUFORD, GA

DRAWER: BANKTRUST

AUTHORIZED SIGNATURE

⑈090098852⑈ ⑆061103056⑆ 016001092295⑈

51657 / M 1054694

Date: |1|1| |0|6| |2|0|0|8|

U.S. Department of Justice                    Decision Form for Transfer of Federally Forfeited Property

I. **TO BE COMPLETED BY INVESTIGATIVE BUREAU FIELD OFFICE**

A. Investigative Agency Field Office: DEA
   Requesting Agency Name: 4th Judicial Circuit
   Judicial District: ALS
   Name of AUSA: George F. May
   Address: 63 S. Royal St., Mobile, AL
   Telephone Number: (COMM) 251-441-5845
   (FTS)

B. Asset #: 07-DEA-495388
   Case #: GQ-07-0007
   Seizure Date: 09/29/2008
   Judicial District: ALS

C. Description of Property Subject to Sharing: *(A separate DAG-72 must be initiated for each asset requested)*

| Property | Identification Number | Appraised Value | Liens | Inv. Agency Expenses | U.S. Atty Expenses |
|---|---|---|---|---|---|
| 1997 Chevrolet C1500 VIN 2GCEK19R9V1116249 | | $5,100.00 | 0 | $0 | |

D. Were other assets seized? Yes ☒ No ☐ If yes, please attach list.
E. Were other investigative agencies involved in this case? Yes ☐ No ☒ If yes, please attach list.
F. Is an award, under 28 USC 524(c)(1)(C), anticipated in this case? Yes ☐ No ☒ If yes, see II(D) and III(E) below.

G. Recommendation of Field Office:
   Estimate the percentage of the requestor's participation in this investigation: 80 %
   Recommend how the property identified in Part C above should be equitably distributed. Your signature below certifies that the information provided is complete and accurate.

   Recommendation: ☒ Grant  ☐ Den[y]
   Recommendation Type: ☒ Item  ☐ Cash / Proceeds
   Recipient Agency(s): 100 % Fourth Judicial Circuit Drug Task Force

   Greg Borland, ASAC — Official / Title     11/17/2008 Date

II. **TO BE COMPLETED BY INVESTIGATIVE BUREAU HEADQUARTERS**

A. Recommend ■   Decide ☐   *(Check one)*
B. Concur with above recommendation: Yes ■ No ☐
   *(If no, complete "C")*
C. Recommendation: ☐ Grant ☐ Deny
   Recommendation Type: ☐ Item ☐ Cash / Proceeds
D. Award Paid: 0   (See I(F) above)
E. Federal Share: 20 %
Recipient Agency(s): _____ %

   Designated Official / Title     FEB 24 2009 Date

III. **TO BE COMPLETED BY UNITED STATES ATTORNEY**

A. Recommend ☐   Decide ☐   *(Check one)*
B. Forfeiture Contested: Yes ☑ No ☐
C. Concur with above recommendation: Yes ☑ No ☐
   *(If no, complete "D")*
D. Recommendation: ☑ Grant ☐ Deny
   Recommendation: ☐ Item ☐ Cash / Proceeds  _____ %
E. Award Paid $ _____ (See I(F) above)
F. Federal Share $ _____

   Eugene A. Seidel, Acting U.S. Attorney — Designated Official / Title     6-17-09 Date

FORM DAG-72
DEC. 90

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CRIMINAL NO.   07-00200-CG B |
| v. | * |
| | * |
| MICHAEL LEVAR HOPKINS | * |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on October 22, 2007, a plea agreement was entered into by Defendant, **MICHAEL LEVAR HOPKINS**, and the United States of America, which plea agreement provided, <u>inter alia</u>, that the Defendant, **MICHAEL LEVAR HOPKINS**, would enter a plea of guilty to Count Two of the Indictment in this case, charging him with possession with the intent to distribute crack cocaine in violation of Title 21, United States Code, §841(a)(1). The defendant agreed in the plea agreement to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Four of the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to that plea agreement the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the Plea Agreement, Defendant, **MICHAEL LEVAR HOPKINS**, agreed to and confessed to forfeit the following property:

**(1) Four Thousand seven hundred thirty-seven dollars ($4,737.00) in United States currency seized from the defendant's residence on May 22, 2007;**

(2) Four Thousand dollars ($4,000.00) in United States Currency contained in safety deposit box #320 at Marion Bank & Trust Companies, Marion, Alabama;

(3) A 1997 Black Chevrolet Silverado Z 71, VIN #2GCEK19R9V1116249;

(4) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PLS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; thence N 61°-16'-58" E along South right of way line of County Road 24 for 110.00' to a set ½" capped rebar and being the Point of Beginning of herein described property, thence continue along South right of way line N 61°-16"-58" E for 110.00' to a set ½" capped rebar, thence S 28°-58'-45" E for 396.60 to a set ½" capped rebar; thence S 61 deg.-19'-58"W for 110.00' to a set ½ rebar, thence N 28 deg.-58'-45" W for 396.50' back to the Point of Beginning. Said parcel of land contains 1.0 acres, more or less, located in section 10, township 19N, Range 7E, Perry County, Alabama;

(5) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a pound ½" rebar on the South Right of way of AL, Highway 14 (50' from centerline) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794), thence 80' along said right of way line to a set ½" rebar; and being the point of beginning; thence continue along said right of way line 100.00' to a set ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° angle right for a distance of 100.00' to a set ½" rebar, thence turn a 90° angle right for a distance of 178.00' to the point of beginning. Said parcel of land contains 0.4 acres more or less;

(6) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a found ½" rebar on the South Right of way of AL, Highway 14 (50' from center line) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794) and being the point of beginning, thence along said right of way line a distance of 80.00' to a set of ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° right for a distance of 71.17'

to a set ½" rebar; thence turn an interior angle of 122° 03'-24" for a distance of 98.89' to a found ½" rebar, thence turn an interior angle of 123° 24'-26" for a distance of 103.81' to the point of beginning. Said parcel of land contains 0.4 acres more or less;

(7) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; Thence N 61°- 16'-58" E along South right of way line of County Road 24 for 330.00' to a found ½ capped rebar and being the Point of Beginning of herein described property; thence continue along South right of way line N 61°-16'-58" E for 421.99' to a found ½" rebar; thence S 4°-10'-03" W for 489.46' to a found ½" Rebar; thence S 66°-37'-23" W for 155.10' to a found ½" rebar; thence N 28°-58'-45" for 396.60' back to the Point of Beginning. Said parcel of land contains 2.7 acres more or less, located in Section 10, Township 19 North, Range 4 East, Perry County, Alabama.

WHEREAS, the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting March 13, 2009, on www.forfeiture.gov. A Proof of Publication was filed on April 13, 2009 (Doc. 66), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

(1) Four Thousand seven hundred thirty-seven dollars ($4,737.00) in United States currency seized from the defendant's residence on May 22, 2007;

(2) Four Thousand dollars ($4,000.00) in United States Currency contained in safety

3

deposit box #320 at Marion Bank & Trust Companies, Marion, Alabama;

(3) A 1997 Black Chevrolet Silverado Z 71, VIN #2GCEK19R9V1116249;

(4) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PLS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; thence N 61°-16'-58" E along South right of way line of County Road 24 for 110.00' to a set ½" capped rebar and being the Point of Beginning of herein described property, thence continue along South right of way line N 61°-16"-58" E for 110.00' to a set ½" capped rebar, thence S 28°-58'-45" E for 396.60 to a set ½" capped rebar; thence S 61 deg.-19'-58"W for 110.00' to a set ½ rebar, thence N 28 deg.-58'-45" W for 396.50' back to the Point of Beginning. Said parcel of land contains 1.0 acres, more or less, located in section 10, township 19N, Range 7E, Perry County, Alabama;

(5) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a pound ½" rebar on the South Right of way of AL, Highway 14 (50' from centerline) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794), thence 80' along said right of way line to a set ½" rebar; and being the point of beginning; thence continue along said right of way line 100.00' to a set ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° angle right for a distance of 100.00' to a set ½" rebar, thence turn a 90° angle right for a distance of 178.00' to the point of beginning. Said parcel of land contains 0.4 acres more or less;

(6) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

> A parcel of land lying in section 10, township 19N, Range 7E, Perry County, Alabama, and being further described as beginning at a found ½" rebar on the South Right of way of AL, Highway 14 (50' from center line) and the west right of Curley Beverly Road (25' from centerline) as shown on plat by Robert H. McMillan (AL RLS # 9794) and being the point of beginning, thence along said right of way line a distance of 80.00' to a set of ½" rebar; thence turn a 90° angle right for a distance of 178.00 to a set ½" rebar; thence turn a 90° right for a distance of 71.17' to a set ½" rebar; thence turn an interior angle of 122° 03'-24" for a distance of

98.89' to a found ½" rebar, thence turn an interior angle of 123° 24'-26" for a distance of 103.81' to the point of beginning. Said parcel of land contains 0.4 acres more or less;

(7) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at:

Commencing at a found ½" pipe being a point on the South right of way line of County Road 24 and the locally accepted Northwest corner of B.S. Phillips property as shown on plat by Robert H. McMillian (AL PS #9794) and recorded in Deed Book 350, Pages 440-443, Perry County, Alabama; Thence N 61°- 16'-58" E along South right of way line of County Road 24 for 330.00' to a found ½ capped rebar and being the Point of Beginning of herein described property; thence continue along South right of way line N 61°-16'-58" E for 421.99' to a found ½" rebar; thence S 4°-10'-03" W for 489.46' to a found ½" Rebar; thence S 66°-37'-23" W for 155.10' to a found ½" rebar; thence N 28°-58'-45" for 396.60' back to the Point of Beginning. Said parcel of land contains 2.7 acres more or less, located in Section 10, Township 19 North, Range 4 East, Perry County, Alabama.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward seventeen (17) certified copies of this Order to Assistant United States Attorney George F. May.

DONE and ORDERED this 3rd day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE



Certified to be a true and correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By: *Tammy Thornton*
Deputy Clerk
Date: June 04, 2009